**22SL-CC02519**

Electronically Filed - St Louis County - May 09, 2022 - 12:27 PM

THE CIRCUIT COURT FOR THE 21st JUDICIAL CIRCUIT
ST. LOUIS COUNTY, MISSOURI

CSM Foreclosure Trustee Corporation,
                PLAINTIFF,

      Vs.

No.

Jerome E. Kock
SERVE AT:
248 S. Heincke Rd., Apt. 6B
Miamisburg, OH 45342-3577

Internal Revenue Service
United States Attorney's Office
Joshua M. Jones
Assistant United States Attorney
Eastern District of Missouri
111 S. 10th Street, Suite 20.333
St. Louis, Missouri 63102
*Plaintiff to serve the following via certified mail*
U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530

Missouri Department of Revenue
SERVE AT:
301 W. High Street
Jefferson City, MO 65101

                DEFENDANTS.

## <u>PETITION IN INTERPLEADER</u>

NOW COMES the Plaintiff, CSM Foreclosure Trustee Corporation ("Plaintiff"), by and through its Attorneys, Codilis, Moody & Circelli, P.C., for its Petition in Interpleader against defendants named herein, states:

1.  Plaintiff is a resident of St. Louis County, Missouri.

2.  Defendant Jerome E. Kock, upon information and belief, is and was, at all times relevant hereto, a resident of the state of Ohio and has capacity to be sued.

Electronically Filed - St Louis County - May 09, 2022 - 12:27 PM

3.   Defendant Internal Revenue Service, upon information and belief, is and was, at all times relevant hereto, a resident of the United States and has capacity to be sued.

4.   Defendant Missouri Department of Revenue, upon information and belief, is and was, at all times relevant hereto, a resident of the state of Missouri and has capacity to be sued.

5.   This Court has jurisdiction over this matter pursuant to Mo. Rev. Stat. Section 478.070.

6.   Venue is proper in this Circuit pursuant to Mo. Rev. Stat. Sections 508.030 and 362.030 in that this action is for determination of surplus funds resulting from a Trustee's Sale of real estate situated entirely within St. Louis County, State of Missouri, to wit:

LOT 536 OF PADDOCK ESTATES PLAT 5, A SUBDIVISION IN ST. LOUIS COUNTY, MISSOURI, ACCORDING TO THE PLAT THEREOF RECORDED IN PLAT BOOK 111 PAGE 16 OF THE ST. LOUIS COUNTY RECORDS,

and more commonly known as 4020 Woodcrest Drive, Florissant, Missouri 63033 (the "Property").

7.   On August 30, 1999, Jerome E. Kock executed and delivered a promissory note in favor of AMRESCO Residential Mortgage Corporation.

8.   On August 30, 1999, to secure payment of the Note, Jerome E. Kock granted a deed of trust to AMRESCO Residential Mortgage Corporation which was recorded on October, 1999, in Book 12277 at Page 0475/0486 in the Office of the Recorder of Deeds for St. Louis County, Missouri.

9.   Pursuant to the terms of the deed of trust, Plaintiff conducted a Trustee's Sale of the Property on March 14, 2022.

10. The March 14, 2022, Trustee's Sale resulted in a surplus of funds in the amount of $21,366.16.

11. A surplus from a Trustee's Sale is held in trust by the Trustee for the benefit of the party next entitled thereto.

Electronically Filed - St Louis County - May 09, 2022 - 12:27 PM

12. There are competing liens for the funds and both the MDOR and the IRS claim to have a superior claim to the funds.

13. As Plaintiff is unable to confirm whose lien is superior, Plaintiff is exposed to multiple and conflicting liabilities in regards to the distribution of the surplus proceeds from the March 14, 2022, Trustee's Sale.

14. Plaintiff is ready, willing and able, and hereby offers, to pay into the Court the amount of the surplus proceeds as and in the event the Court directs.

15. Plaintiff has incurred court costs and reasonable legal fees in the filing of the instant action.

16. Once Plaintiff has placed the surplus funds with the Court, Plaintiff "shall be struck out as a party to the action, and it's liability of the deposit or property shall cease." Mo. Rev. Stat. § 362.360.2

WHEREFORE, Plaintiff prays for judgment against defendants as follows:

A. That Defendants be required to appear and interplead their claims to the surplus proceeds from the March 14, 2022, Trustee's Sale;

B. That Plaintiff be awarded the costs of this action incurred herein, including reasonable attorneys' fees;

C. That upon payment into Court of the surplus proceeds, Plaintiff be dismissed from the instant action and discharged from any further liability to Defendants; and

D. For any further relief this Honorable Court deems equitable and just.

Respectfully submitted,

Codilis, Moody & Circelli, P.C.
Tara L. Jensen MO47144

Codilis, Moody & Circelli, P.C.
15W030 North Frontage Road, Suite 200
Burr Ridge, IL 60527

(630) 794-5200
pleadings@il.cslegal.com
26-21-00697
**NOTE: This law firm is a debt collector.**

Electronically Filed - St Louis County - May 09, 2022 - 12:27 PM



# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>STANLEY JAMES WALLACH | Case Number:  22SL-CC02519 |
| Plaintiff/Petitioner:<br>CSM FORECLOSURE TRUSTEE CORPORATION<br><br><div align="right">vs.</div> | Plaintiff's/Petitioner's Attorney/Address:<br>TARA LYNN JENSEN<br>222 SOUTH CENTRAL AVENUE<br>SUITE 800<br>SAINT LOUIS,  63105 |
| Defendant/Respondent:<br>JEROME E KOCK | Court Address:<br>ST LOUIS COUNTY COURT BUILDING |
| Nature of Suit:<br>CC Other Tort | 105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO  63105 |
| | (Date File Stamp) |

## Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

The State of Missouri to:  JEROME E KOCK
          Alias:

**248 S. HEINCKE RD, APT 6B**
**MIAMISBURG, OH  45342-3577**



*COURT SEAL OF*

*ST. LOUIS COUNTY*

      **You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the Plaintiff/Petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service.  If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.**

      **SPECIAL NEEDS:  If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.**

<u>10-MAY-2022</u>
    **Date**
**Further Information:**
**JB**

_____
                               **Clerk**

## Officer's or Server's Affidavit of Service

I certify that:
1.   I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2.   My official title is _____ of _____ County, _____ (state).
3.   I have served the above summons by:  (check one)
      ☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____, a person at least 18 years of age residing therein.

      ☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).
      ☐ other (describe) _____.
Served at _____ (address)
in _____ County, _____ (state), on _____ (date) at _____ (time).
_____    _____
       Printed Name of Sheriff or Server                               Signature of Sheriff or Server

           **Subscribed and Sworn To** me before this _____ (day) _____ (month) _____ (year)
      I am: (check one)   ☐ the clerk of the court of which affiant is an officer.
                      ☐ the judge of the court of which affiant is an officer.
                      ☐ authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
*(Seal)*              ☐ authorized to administer oaths.  (use for court-appointed server)

_____
                                 Signature and Title

| Service Fees, if applicable | |
| --- | --- |
| Summons | $_____ |
| Non Est | $_____ |
| Mileage | $_____  (_____miles @ $ _____ per mile) |
| **Total** | $_____ |

**See the following page for directions to clerk and to officer making return on service of summons.**

### Directions to Officer Making Return on Service of Summons

A copy of the summons and a copy of the motion and/or petition must be served on each Defendant/Respondent.  If any Defendant/Respondent refuses to receive the copy of the summons and motion and/or petition when offered to him, the return shall be prepared to show the offer of the officer to deliver the summons and motion and/or petition and the Defendant's/Respondent's refusal to receive the same.

Service shall be made:  (1) On Individual.  On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and motion and/or petition to the individual personally or by leaving a copy of the summons and motion and/or petition at the individual's dwelling house or usual place of abode with some person of the family over 15 years of age, or by delivering a copy of the summons and motion and/or petition to an agent authorized by appointment or required by law to receive service of process;  (2) On Guardian.  On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and motion and/or petition to the guardian personally;  (3)  On Corporation, Partnership or Other Unincorporated Association.  On a corporation, partnership or unincorporated association, by delivering a copy of the summons and motion and/or petition to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the Defendant/Respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body.  On a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory in the United States.  If served in a territory, substitute the word "territory" for the word "state."

The officer making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths.  This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must not be made less than ten days nor more than sixty days from the date the Defendant/Respondent is to appear in court.  The return should be made promptly, and in any event so that it will reach the Missouri Court within 30 days after service.

## THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI

Twenty First Judicial Circuit

## NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES

### Purpose of Notice

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case. However, most lawsuits are settled by the parties before a trial takes place. This is often true even when the parties initially believe that settlement is not possible. A settlement reduces the expense and inconvenience of litigation. It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost. Often such services are most effective in reducing costs if used early in the course of a lawsuit. Your attorney can aid you in deciding whether and when such services would be helpful in your case.

### Your Rights and Obligations in Court Are Not Affected By This Notice

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so. In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below. These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended. Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not. **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

### Alternative Dispute Resolution Procedures

There are several procedures designed to help parties settle lawsuits. Most of these procedures involve the services of a neutral third party, often referred to as the "neutral," who is trained in dispute resolution and is not partial to any party. The services are provided by individuals and organizations who may charge a fee for this help. Some of the recognized alternative dispute resolutions procedures are:

**(1) Advisory Arbitration:** A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case. The arbitrator's decision is not binding and simply serves to guide the parties in trying to settle their lawsuit. An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties. The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

**(2) Mediation:** A process in which a neutral third party facilitates communication between the parties to promote settlement. An effective mediator may offer solutions that have not been considered by the parties or their lawyers. A mediator may not impose his or her own judgment on the issues for that of the parties.

CCADM73

**(3) <u>Early Neutral Evaluation ("ENE"):</u>** A process designed to bring the parties to the litigation and their counsel together in the early pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator.  The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions.  While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

**(4) <u>Mini-Trial:</u>** A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations.  The neutral third party may issue an advisory opinion regarding the merits of the case.  The advisory opinion is not binding.

**(5) <u>Summary Jury Trial:</u>** A summary jury trial is a non binding, informal settlement process in which jurors hear abbreviated case presentations.  A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed.  After the "trial", the jurors retire to deliberate and then deliver an advisory verdict.  The verdict then becomes the starting point for settlement negotiations among the parties.

## Selecting an Alternative Dispute Resolution Procedure and a Neutral

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral.  As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals.  The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list.  The Circuit Clerk also has Neutral Qualifications Forms on file.  These forms have been submitted by the neutrals on the list and provide information on their background and expertise.  They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 7900 Carondelet Avenue, 5th Floor, Clayton, Missouri 63105.  The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral.  The court cannot advise you on legal matters and can only provide you with the List and Forms. You should ask your lawyer for further information.

CCADM73



# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| Judge or Division:<br>STANLEY JAMES WALLACH | Case Number:  22SL-CC02519 |
|---|---|
| Plaintiff/Petitioner:<br><br> CSM FORECLOSURE TRUSTEE<br>CORPORATION<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>TARA LYNN JENSEN<br>222 SOUTH CENTRAL AVENUE<br>SUITE 800<br>SAINT LOUIS,  63105 |
| Defendant/Respondent:<br>JEROME E KOCK | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO  63105 |
| Nature of Suit:<br>CC Other Tort | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to:  **US ATTORNEY GENERAL**
　　　　　　　　　　　　**Alias:**

　　　　　　　　　　　　　　　**US DEPT OF JUSTICE**
　　　　　　　　　　　　　　　**950 PENNSYLVANIA AVE NW**
　　　　　　　　　　　　　　　**WASHINGTON, DC  20530**

**COURT SEAL OF**



**ST. LOUIS COUNTY**

　　　　**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service.  If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**
　　　　**SPECIAL NEEDS:  If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.**

　__23-MAY-2022__　　　　　　　　　　　_____
　　　**Date**　　　　　　　　　　　　　　　　　　　　　　　　　　/　**Clerk**

　**Further Information:**
　**AD**

---

### Sheriff's or Server's Return

**Note to serving officer:**  Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by:  (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with

_____a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_____ (name) _____(title).

☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____　　　　_____
　　Printed Name of Sheriff or Server　　　　　　　　　　　Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

My commission expires: _____　　_____

_(Seal)_　　　　　　　　　　　　　　　　Date　　　　　　　　　　Notary Public

**Sheriff's Fees, if applicable**

| | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Sheriff's Deputy Salary | | |
| Supplemental Surcharge | $_____10.00_____ | |
| Mileage | $_____ | (_____ miles @ $._____ per mile) |
| **Total** | **$_____** | |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

**THE CIRCUIT COURT OF ST.  LOUIS COUNTY, MISSOURI**

Twenty First Judicial Circuit

**NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES**

**Purpose of Notice**

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case. However, most lawsuits are settled by the parties before a trial takes place.  This is often true even when the parties initially believe that settlement is not possible.   A settlement reduces the expense and inconvenience of litigation.  It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost.  Often such services are most effective in reducing costs if used early in the course of a lawsuit.  Your attorney can aid you in deciding whether and when such services would be helpful in your case.

**Your Rights and Obligations in Court Are Not Affected By This Notice**

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so.  In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below.   These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended.  Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not.  **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

**Alternative Dispute Resolution Procedures**

There are several procedures designed to help parties settle lawsuits.  Most of these procedures involve the services of a neutral third party, often referred to as the "neutral," who is trained in dispute resolution and is not partial to any party.  The services are provided by individuals and organizations who may charge a fee for this help.  Some of the recognized alternative dispute resolutions procedures are:

**(1) Advisory Arbitration:** A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case.  The arbitrator's decision is not binding and simply serves to guide the parties in trying to settle their lawsuit.  An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties.  The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

**(2) Mediation:** A process in which a neutral third party facilitates communication between the parties to promote settlement.  An effective mediator may offer solutions that have not been considered by the parties or their lawyers.  A mediator may not impose his or her own judgment on the issues for that of the parties.

CCADM73

**(3) Early Neutral Evaluation ("ENE"):** A process designed to bring the parties to the litigation and their counsel together in the early pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator.  The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions.  While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

**(4) Mini-Trial:** A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations.  The neutral third party may issue an advisory opinion regarding the merits of the case.  The advisory opinion is not binding.

**(5) Summary Jury Trial:** A summary jury trial is a non binding, informal settlement process in which jurors hear abbreviated case presentations.  A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed.  After the "trial", the jurors retire to deliberate and then deliver an advisory verdict.  The verdict then becomes the starting point for settlement negotiations among the parties.

## Selecting an Alternative Dispute Resolution Procedure and a Neutral

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral.  As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals.  The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list.  The Circuit Clerk also has Neutral Qualifications Forms on file.  These forms have been submitted by the neutrals on the list and provide information on their background and expertise.  They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 105 South Central Ave., 5th Floor, Clayton, Missouri 63105.   The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral.  The court cannot advise you on legal matters and can only provide you with the List and Forms. You should ask your lawyer for further information.

CCADM73



**IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI**

| Judge or Division:<br>STANLEY JAMES WALLACH | Case Number:  22SL-CC02519 |
|---|---|
| Plaintiff/Petitioner:<br><br> CSM FORECLOSURE TRUSTEE<br>CORPORATION<br><br>                                                         vs. | Plaintiff's/Petitioner's Attorney/Address<br>TARA LYNN JENSEN<br>222 SOUTH CENTRAL AVENUE<br>SUITE 800<br>SAINT LOUIS,   63105 |
| Defendant/Respondent:<br>JEROME E KOCK | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO  63105 |
| Nature of Suit:<br>CC Other Tort |                                                       (Date File Stamp) |

## Summons in Civil Case

| | |
|---|---|
| **The State of Missouri to:**  **INTERNAL REVENUE SERVICE**<br>**Alias:** | |

**R/A JOSHUA M JONES**
**111 S 10TH ST SUITE 20.333**
**ST LOUIS, MO  63102**

*COURT SEAL OF*



*ST. LOUIS COUNTY*

        You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service.  If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.
        **SPECIAL NEEDS:  If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.**

<u>11-MAY-2022</u>                                              _____
**Date**                                                                               Clerk

**Further Information:**
**AD**

### Sheriff's or Server's Return

**Note to serving officer:**  Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by:  (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with

_____a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_____ (name) _____(title).

☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____                    _____
        Printed Name of Sheriff or Server                                    Signature of Sheriff or Server
        **Must be sworn before a notary public if not served by an authorized officer:**

        Subscribed and sworn to before me on _____ (date).

        My commission expires: _____    _____
*(Seal)*                                            Date                                           Notary Public

**Sheriff's Fees, if applicable**

| | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $_____10.00_____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | **$_____** |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

**THE CIRCUIT COURT OF ST.  LOUIS COUNTY, MISSOURI**

Twenty First Judicial Circuit

**NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES**

**<u>Purpose of Notice</u>**

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case.  However, most lawsuits are settled by the parties before a trial takes place.  This is often true even when the parties initially believe that settlement is not possible.  A settlement reduces the expense and inconvenience of litigation.  It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost.  Often such services are most effective in reducing costs if used early in the course of a lawsuit.  Your attorney can aid you in deciding whether and when such services would be helpful in your case.

**<u>Your Rights and Obligations in Court Are Not Affected By This Notice</u>**

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so.  In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below.   These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended.  Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not.  **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

**<u>Alternative Dispute Resolution Procedures</u>**

There are several procedures designed to help parties settle lawsuits.  Most of these procedures involve the services of a neutral third party, often referred to as the "neutral," who is trained in dispute resolution and is not partial to any party.  The services are provided by individuals and organizations who may charge a fee for this help.  Some of the recognized alternative dispute resolutions procedures are:

**(1) <u>Advisory Arbitration:</u>** A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case.  The arbitrator's decision is not binding and simply serves to guide the parties in trying to settle their lawsuit.  An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties.  The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

**(2) <u>Mediation:</u>** A process in which a neutral third party facilitates communication between the parties to promote settlement.  An effective mediator may offer solutions that have not been considered by the parties or their lawyers.  A mediator may not impose his or her own judgment on the issues for that of the parties.

CCADM73

(3) **Early Neutral Evaluation ("ENE"):** A process designed to bring the parties to the litigation and their counsel together in the early pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator.  The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions.  While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

(4) **Mini-Trial:** A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations.  The neutral third party may issue an advisory opinion regarding the merits of the case.  The advisory opinion is not binding.

(5) **Summary Jury Trial:** A summary jury trial is a non binding, informal settlement process in which jurors hear abbreviated case presentations.  A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed.  After the "trial", the jurors retire to deliberate and then deliver an advisory verdict.  The verdict then becomes the starting point for settlement negotiations among the parties.

## Selecting an Alternative Dispute Resolution Procedure and a Neutral

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral.  As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals.  The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list.  The Circuit Clerk also has Neutral Qualifications Forms on file.  These forms have been submitted by the neutrals on the list and provide information on their background and expertise.  They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 105 South Central Ave., 5th Floor, Clayton, Missouri 63105.  The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral.  The court cannot advise you on legal matters and can only provide you with the List and Forms. You should ask your lawyer for further information.

CCADM73



# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| Judge or Division:<br>STANLEY JAMES WALLACH | Case Number:  22SL-CC02519 |
|---|---|
| Plaintiff/Petitioner:<br> CSM FORECLOSURE TRUSTEE<br>CORPORATION                                        vs. | Plaintiff's/Petitioner's Attorney/Address<br>TARA LYNN JENSEN<br>222 SOUTH CENTRAL AVENUE<br>SUITE 800<br>SAINT LOUIS,   63105 |
| Defendant/Respondent:<br>JEROME E KOCK | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO  63105 |
| Nature of Suit:<br>CC Other Tort | (Date File Stamp) |

## Summons in Civil Case

| | |
|---|---|
| **The State of Missouri to:** | **MISSOURI DEPARTMENT OF REVENUE**<br>**Alias:** |

**301 W. HIGH STREET**
**JEFFERSON CITY, MO 65101**

***COURT SEAL OF***



***ST. LOUIS COUNTY***

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service.  If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

SPECIAL NEEDS:  If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.

<u>10-MAY-2022</u>
**Date**

_____
Clerk

**Further Information:**
**JB**

---

### Sheriff's or Server's Return

**Note to serving officer:**  Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by:  (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with

_____a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_____ (name) _____(title).

☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____          _____
Printed Name of Sheriff or Server                                    Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

My commission expires: _____

*(Seal)*                                           _____
Date                                                                      Notary Public

---

**Sheriff's Fees, if applicable**

| | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $_____10.00_____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | **$_____** |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.

**THE CIRCUIT COURT OF ST.  LOUIS COUNTY, MISSOURI**

Twenty First Judicial Circuit

**NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES**

**Purpose of Notice**

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case.  However, most lawsuits are settled by the parties before a trial takes place.  This is often true even when the parties initially believe that settlement is not possible.   A settlement reduces the expense and inconvenience of litigation.  It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost.  Often such services are most effective in reducing costs if used early in the course of a lawsuit.  Your attorney can aid you in deciding whether and when such services would be helpful in your case.

**Your Rights and Obligations in Court Are Not Affected By This Notice**

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so.  In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below.   These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended.  Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not.  **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

**Alternative Dispute Resolution Procedures**

There are several procedures designed to help parties settle lawsuits.  Most of these procedures involve the services of a neutral third party, often referred to as the "neutral," who is trained in dispute resolution and is not partial to any party.  The services are provided by individuals and organizations who may charge a fee for this help.  Some of the recognized alternative dispute resolutions procedures are:

**(1) Advisory Arbitration:** A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case.  The arbitrator's decision is not binding and simply serves to guide the parties in trying to settle their lawsuit.  An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties.  The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

**(2) Mediation:** A process in which a neutral third party facilitates communication between the parties to promote settlement.  An effective mediator may offer solutions that have not been considered by the parties or their lawyers.  A mediator may not impose his or her own judgment on the issues for that of the parties.

CCADM73

**(3) Early Neutral Evaluation ("ENE"):** A process designed to bring the parties to the litigation and their counsel together in the early pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator.  The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions.  While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

**(4) Mini-Trial:** A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations.  The neutral third party may issue an advisory opinion regarding the merits of the case.  The advisory opinion is not binding.

**(5) Summary Jury Trial:** A summary jury trial is a non binding, informal settlement process in which jurors hear abbreviated case presentations.  A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed.  After the "trial", the jurors retire to deliberate and then deliver an advisory verdict.  The verdict then becomes the starting point for settlement negotiations among the parties.

## Selecting an Alternative Dispute Resolution Procedure and a Neutral

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral.  As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals.  The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list.  The Circuit Clerk also has Neutral Qualifications Forms on file.  These forms have been submitted by the neutrals on the list and provide information on their background and expertise.  They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 105 South Central Ave., 5th Floor, Clayton, Missouri 63105.  The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral.  The court cannot advise you on legal matters and can only provide you with the List and Forms. You should ask your lawyer for further information.

CCADM73

Based on the Supreme Court Rules governing eFiling, an eService email has been issued to the following parties:


SERVICE PARTY:    TARA LYNN JENSEN, Attorney for Plaintiff
SERVICE EMAIL:    tara.jensen@mo.cslegal.com

Electronically Filed - St Louis County - June 01, 2022 - 08:28 AM

Electronically Filed - St Louis County - June 01, 2022 - 08:28 AM



22-5109

## IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>STANLEY JAMES WALLACH | Case Number:  22SL-CC02519 |
| Plaintiff/Petitioner:<br>CSM FORECLOSURE TRUSTEE<br>CORPORATION<br><div align="right">vs.</div> | Plaintiff's/Petitioner's Attorney/Address:<br>TARA LYNN JENSEN<br>222 SOUTH CENTRAL AVENUE<br>SUITE 800<br>SAINT LOUIS,   63105 |
| Defendant/Respondent:<br>JEROME E KOCK | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO  63105 |
| Nature of Suit:<br>CC Other Tort | |
| | (Date File Stamp) |

*RECEIVED 2022 MAY 23 PM 3:43 MONTGOMERY COUNTY SHERIFF'S OFFICE*

### Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

The State of Missouri to:  **JEROME E KOCK**
 Alias:

**248 S. HEINCKE RD, APT 6B**
**MIAMISBURG, OH  45342-3577**

*COURT SEAL OF*

*ST. LOUIS COUNTY*

        You are summoned to appear before this court and to file your pleading to the petition, copy of which is
attached, and to serve a copy of your pleading upon the attorney for the Plaintiff/Petitioner at the above
address all within 30 days after service of this summons upon you, exclusive of the day of service.  If you fail to
file your pleading, judgment by default will be taken against you for the relief demanded in this action.
        **SPECIAL NEEDS:** If you have special needs addressed by the Americans With Disabilities Act, please
notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or
through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court
proceeding.

    __10-MAY-2022__
        **Date**
**Further Information:**
**JB**

_____ **Clerk**

---

### Officer's or Server's Affidavit of Service

I certify that:
1.   I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2.   My official title is  _Deputy Sheriff_  of  _Montgomery_  County,  _Ohio_  (state).
3.   I have served the above summons by:  (check one)
   ☒  delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
   ☐  leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with
   _____ , a person at least 18 years of age residing therein.

   ☐   (for service on a corporation) delivering a copy of the summons and a copy of the petition to
   _____ (name) _____ (title).
   ☐   other (describe)
Served at  _248 S Heincke Rd  6D Miamisburg_  (address)
in  _Montgomery_  County,  _Ohio_  (state), on  _5-25-22_  (date) at  _1110_  (time).
_MO Chang 17_
Printed Name of Sheriff or Server                 Signature of Sheriff or Server
        **Subscribed and Sworn To** me before this _____ (day) _____ (month) _____ (year)
        I am: (check one)  ☐  the clerk of the court of which affiant is an officer.
                           ☐  the judge of the court of which affiant is an officer.
                           ☐  authorized to administer oaths in the state in which the affiant served the above summons.
                              (use for out-of-state officer)
   *(Seal)*                  ☐  authorized to administer oaths.  (use for court-appointed server)

_____
                              Signature and Title

Electronically Filed - St Louis County - June 01, 2022 - 08:28 AM

| Service Fees, if applicable | | |
|---|---|---|
| Summons | $ 20 | |
| Non Est | $ | |
| Mileage | $ 22 | (_____ miles @ $ _____ per mile) |
| **Total** | $ 42 | |

See the following page for directions to clerk and to officer making return on service of summons.

### Directions to Officer Making Return on Service of Summons

A copy of the summons and a copy of the motion and/or petition must be served on each Defendant/Respondent. If any Defendant/Respondent refuses to receive the copy of the summons and motion and/or petition when offered to him, the return shall be prepared to show the offer of the officer to deliver the summons and motion and/or petition and the Defendant's/Respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and motion and/or petition to the individual personally or by leaving a copy of the summons and motion and/or petition at the individual's dwelling house or usual place of abode with some person of the family over 15 years of age, or by delivering a copy of the summons and motion and/or petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and motion and/or petition to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and motion and/or petition to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the Defendant/Respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body. On a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory in the United States. If served in a territory, substitute the word "territory" for the word "state."

The officer making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must not be made less than ten days nor more than sixty days from the date the Defendant/Respondent is to appear in court. The return should be made promptly, and in any event so that it will reach the Missouri Court within 30 days after service.



# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| Judge or Division:<br>STANLEY JAMES WALLACH | Case Number: 22SL-CC02519 |
|---|---|
| Plaintiff's/Petitioner:<br>CSM FORECLOSURE TRUSTEE<br>CORPORATION<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>TARA LYNN JENSEN<br>222 SOUTH CENTRAL AVENUE<br>SUITE 800<br>SAINT LOUIS,   63105 |
| Defendant/Respondent:<br>JEROME E KOCK | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO  63105 |
| Nature of Suit:<br>CC Other Tort | (Date File Stamp) |

**RECEIVED**
MAY 18 2022
COLE COUNTY
SHERIFF'S OFFICE

## Summons in Civil Case

The State of Missouri to:  **MISSOURI DEPARTMENT OF REVENUE**
Alias:

**301 W. HIGH STREET**
**JEFFERSON CITY, MO 65101**

*COURT SEAL OF*



*ST. LOUIS COUNTY*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.
      **SPECIAL NEEDS:** If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.

__10-MAY-2022__
Date

_____ Clerk

**Further Information:**
JB

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within thirty days after the date of issue.
I certify that I have served the above summons by: (check one)
- ☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
- ☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with
_____ a person at least 18 years of age residing therein.
- ☑ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
  Katie McDaniel _____ (name) Designee
- ☐ other _____

**FILED**
JUN 04 2022
JOAN M. GILMER
CIRCUIT CLERK, ST. LOUIS COUNTY

Served at  301 W. High St. Rm. 670 _____ (address)
in  Cole _____ (County/City of St. Louis), MO, on  5-20-2022 _ (date) at  10:55 AM (time).
Sheriff John P. Wheeler _ By _ Cpl. Tiffany Thurman #54
        Printed Name of Sheriff or Server _____ Signature of Sheriff or Server

                Must be sworn before a notary public if not served by an authorized officer:
                Subscribed and sworn to before me on _____ (date).

*(Seal)*              My commission expires: _____  _____
                                    Date                    Notary Public



Based on the Supreme Court Rules governing eFiling, an eService email has been issued to the following parties:

SERVICE PARTY:   TARA LYNN JENSEN, Attorney for Plaintiff
SERVICE EMAIL:    tara.jensen@mo.cslegal.com

Electronically Filed - St Louis County - June 06, 2022 - 09:05 AM

Electronically Filed - St Louis County - June 06, 2022 - 09:05 AM

IN THE CIRCUIT COURT OF ST. LOUIS COUNTY
STATE OF MISSOURI

CSM FORECLSOURE TRUSTEE          )
CORPORATION,                     )
                                 )
          Plaintiff,             )
                                 )
     vs.                         )  Case No.  22SL-CC02519
                                 )  Division
JEROME E. KOCK,                  )
et al.,                          )
                                 )
          Defendants.            )

## <u>DEPARTMENT OF REVENUE'S ANSWER TO PETITION FOR INTERPLEADER</u>

Comes Now Department of Revenue, ("Department"), Defendant, by and through its attorney of record, Michael S. Kisling, Special Assistant Attorney General, and states as its Answer to Petition as follows:

1. The Department is without sufficient information to admit or deny the allegations contained in paragraphs 1, 2, 3, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15 and 16, and therefore must deny same.

2. The Department admits the allegation of paragraph 4.

Further answering, the Department states that it did file pursuant to Section 143.902, RSMo certificates of tax lien in St. Louis County Circuit (St. Louis County Case Nos. 12SL-MC00224, 14SL-MC10424 and 16SL-MC04526) against Defendant Jerome E. Kock.  Such tax delinquencies are still outstanding and subject to the accrual of interest.

Electronically Filed - St Louis County - June 06, 2022 - 09:05 AM

By operation of Section 143.902, RSMo, these certificates of tax lien attach to all real and personal property including the surplus funds subject of this lawsuit belonging to Defendant Jerome E. Kock.

3.      The Department is entitled to **$47,869.60** plus accrued interest on the certificates of tax lien identified in paragraph 2 above against any surplus funds of this lawsuit payable to Defendant Jerome E. Kock.

WHEREFORE, the Department prays this Court as to award to the Department to its full interest as identified above in paragraph 3, subject to the accrual of interest, against the surplus funds payable to Defendant Jerome E. Kock; to tax costs of these proceedings against Plaintiff and deny Plaintiff's request for costs and attorney's fees; and for such other relief as this Court deems just and proper.

Respectfully submitted,

STATE OF MISSOURI
DEPARTMENT OF REVENUE


Michael S. Kisling #36629
Special Assistant Attorney General
Department of Revenue
P.O. Box 854
Jefferson City, Missouri 65105
(573) 751-0961 telephone
(573) 526-2019 facsimile
Mike.Kisling@dor.mo.gov

ATTORNEYS FOR DEFENDANT

Electronically Filed - St Louis County - June 06, 2022 - 09:05 AM

Certificate of Services

I hereby certify that a true and correct copy of the foregoing was served electronically through the Missouri Courts eFiling system pursuant to Rule 103.08 to all attorneys of record in this case registered with the Missouri Courts e-Filing system at their registered email address and unrepresented parties, postage prepaid, by US mail, this 6th day of June, 2022, to:

Jerome E. Kock
248 S. Heincke Rd, Apt. 6B
Miamisburg, OH 45342-3577

Joshua M. Jones
United States Attorney's Office
111 S. 10th Street, Suite 20.333
St. Louis, Missouri 63102

Michael S. Kisling



# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| Judge or Division: STANLEY JAMES WALLACH | Case Number: 22SL-CC02519 |
|---|---|
| Plaintiff/Petitioner: CSM FORECLOSURE TRUSTEE CORPORATION | Plaintiff's/Petitioner's Attorney/Address TARA LYNN JENSEN 222 SOUTH CENTRAL AVENUE SUITE 800 SAINT LOUIS, 63105 |
| vs. | |
| Defendant/Respondent: JEROME E KOCK | Court Address: ST LOUIS COUNTY COURT BUILDING 105 SOUTH CENTRAL AVENUE CLAYTON, MO 63105 |
| Nature of Suit: CC Other Tort | |

**FILED JUN 0 8 2022 JOAN M. GILMER CIRCUIT CLERK, ST. LOUIS COUNTY** (Date File Stamp)

## Summons in Civil Case

The State of Missouri to: **INTERNAL REVENUE SERVICE**
                       **Alias:**

**R/A JOSHUA M JONES**
**111 S 10TH ST SUITE 20.333**
**ST LOUIS, MO 63102**

*COURT SEAL OF*



*ST. LOUIS COUNTY*

        You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.
        **SPECIAL NEEDS:** If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.

**11-MAY-2022**
Date

**Further Information:**
**AD**

                                      Clerk

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with

_____ a person at least 18 years of age residing therein.

☑ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
_Cyla Franklin_ (name) _legal recep_ (title).

☐ other _____

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _5/24/22_ (date) at _12:13_ _pm_ (time).

_LYNN WEBBE_ 5/24
Printed Name of Sheriff or Server                                 Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

My commission expires: _____            _____
*(Seal)*                              Date                           Notary Public



# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| Judge or Division: | Case Number: 22SL-CC02519 |
|---|---|
| STANLEY JAMES WALLACH | |
| Plaintiff/Petitioner: | Plaintiff's/Petitioner's Attorney/Address |
| CSM FORECLOSURE TRUSTEE CORPORATION | TARA LYNN JENSEN |
| | 222 SOUTH CENTRAL AVENUE |
| | SUITE 800 |
| vs. | SAINT LOUIS,  63105 |
| Defendant/Respondent: | Court Address: |
| JEROME E KOCK | ST LOUIS COUNTY COURT BUILDING |
| Nature of Suit: | 105 SOUTH CENTRAL AVENUE |
| CC Other Tort | CLAYTON, MO  63105 |
| | (Date File Stamp) |

2022 MAY 19

## Summons in Civil Case

The State of Missouri to:  **INTERNAL REVENUE SERVICE**
                            Alias:

**R/A JOSHUA M JONES**
**111 S 10TH ST SUITE 20.333**
**ST LOUIS, MO  63102**

**COURT SEAL OF**



**ST. LOUIS COUNTY**

　　　　You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading to the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.
　　　　**SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.**

**11-MAY-2022**
**Date**

_Joan M. Gilmer_
/Clerk

**Further Information:**
**AD**

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).

☐ other _____

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____          _____
Printed Name of Sheriff or Server                    Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____          _____
                                    Date                                        Notary Public

OSCA (7-99) SM40 (SMCC) *For Court Use Only:* **Document ID# 22-SMCC-4184**          1          Rule 86.05; 523.030 RSMo

| **Sheriff's Fees, if applicable** | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Sheriff's Deputy Salary | | |
| Supplemental Surcharge | $_____10.00_____ | |
| Mileage | $_____ | (_____ miles @ $._____ per mile) |
| **Total** | $_____ | |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.